# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| C. COOK | ) |
|       Plaintiff, | ) |
| v. | ) No. 18-CV-00616 |
| ADISON DYLAN MERIDA | ) |
|       Defendant. | ) |

## ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

THIS CAUSE IS BEFORE THE COURT upon Defendant, Adison Dylan Merida's Motion for an Extension of Time to file a response to Plaintiff's Complaint. This Court has reviewed the Motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that, good cause appearing therefore: Defendant's Motion for a sixty-day (60) extension of time is GRANTED;

It is further ORDERED that Defendant shall file a response to Plaintiff's Complaint sixty days from the date that the Court grants this Motion.

ENTERED this the __14th____ day of __June__, 2018.

_____
The Honorable Marsha J. Pechman
United States Senior District Court Judge