| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C. COOK, | CASE NO. C18-616 MJP |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| ADISON DYLAN MERIDA, | |
| Defendant. | |

The above-entitled Court has received and reviewed the Motion to Dismiss Plaintiff's Complaint, the accompanying Declaration and exhibits, and relevant portions of the record. (Dkt. Nos. 11, 11-1.) Plaintiff filed no responsive briefing.[1] The Court rules as follows:

IT IS ORDERED that the matter is DISMISSED with prejudice, as the defects established by Defendant's motion are not amenable to correction through amendment.

---

[1] The Court notes that, under Local Rule 7(b)(2), "[e]xcept for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit."

The Court is satisfied that Defendant has demonstrated conclusively that Plaintiff's complaint fails to establish subject-matter jurisdiction, personal jurisdiction, or proper venue (see Dkt. No. 11 at 1-14) and that it would be futile to permit Plaintiff to amend. On that basis, the complaint will be dismissed with prejudice.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 7, 2018.

_____
The Honorable Marsha J. Pechman
United States Senior District Court Judge